IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR.,

    Plaintiff,

v.

                                              Case No. 20-cv-328-jdp

SUSAN NOVAK, BRIAN GUSTKE,
LUCAS WEBER, LEIGHA WEBER,
C. BUCCANAN, DR. KALLAS,
DR. STANGE, DR. PERSIKE, and
DR. GAMBARO,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                            12/15/2020

Peter Oppeneer, Clerk of Court             Date