Notice of Appeal
Western District
of Wisconsin

Bradley v Novak
20-C-328 J.D.P.

①

First off I want to apologize to the Western
District of Wisconsin for the over filing of
complaints and motions in their courts. Purs
uant to Rule 60 Fed R Civ P., and Rule 2 and
27 Fed. R. A. P., plaintiff files a emergency
motion for suspension of rules and relief
from judgment in this case. Plaintiff has
accumilated over welming evidence of fraud
under his/her name. Plaintiff can now
argue waiver of tolling limits (time). This
complaint will be handed to a lawyer upon pl
aintiffs release from prison as part of a
conspiracy to falsely detain plaintiff. Plaint
iff will no longer be filing any motions
or complaints in this court unless they
have merit ████████ in current open
lawsuits and plaintiff will be filing

a series of petitions pursuant to 28 U.S.C. §2254 to protect all rights to false imprisonment. Plaintiff will be involving the media in his situation in regards to the Eastern District of WI, 7th cir, Dodge Co Sheriffs Dept and WI D.O.C. Plaintiff wants a clear record moving forward of any and all intentions

Respectfully submitted

Brandon O'Bardolph
aka
Brittney Hardaway
12-19-20

PRO SE

20-c-328 JDP

Notice of Appeal ②
Western District of WI